AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**ROBERT CARMEAN,**

       **Plaintiff,**

                            **JUDGMENT IN A CIVIL CASE**

**vs.**

**MICHAEL J. ASTRUE,**                 **CASE NO. C2-08-521**
**COMMISSIONER OF SOCIAL**       **JUDGE EDMUND A. SARGUS, JR.**
**SECURITY,**                             **MAGISTRATE JUDGE MARK R. ABEL**

       **Defendant.**

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_    **Decision by Court.** A decision has been rendered by the Court without a hearing or trial**.**

       **Pursuant to the Order filed September 29, 2009, JUDGMENT is hereby entered REMANDING this case to the Commissioner of Social Security for further proceedings. This case is DISMISSED.**

Date:  September 29, 2009                  JAMES BONINI, CLERK

                                                             /S/ Andy F. Quisumbing
                                                             (By) Andy F. Quisumbing
                                                              Courtroom Deputy Clerk